UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-00337-D-1

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| MARVIN KEMP PRIDGEN, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendant's Motion to Seal.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Motion and Proposed Order (D.E. # 81) shall be sealed.

SO ORDERED.

This the 2 day of December, 2011.

JAMES C. DEVER III
CHIEF U.S. DISTRICT JUDGE